OPINION — AG — ** HOSPITAL FUNDS — OPERATIONAL LOSS ** MONEY STOLEN FROM CENTRAL STATE HOSPITAL MAY 'NOT' BE TREATED AS AN OPERATIONAL LOSS WHICH WOULD ENTITLE THE HOSPITAL TO MAKE A CLAIM TO THE BUDGET OFFICE FOR THE AMOUNT OF THE LOSS. (STOLEN FUNDS, UNCOLLECTIBLE, ASSETS, FUNDS CANNOT BE COLLECT) CITE: ARTICLE V, SECTION 53, 74 O.S. 214 [74-214], OPINION NO. AUGUST 30, 1962, OPINION NO. 67-191 (ALLEN K. HARRIS)